No. 92–1578. KNEDLIK *v.* BLUMBERG. Sup. Ct. Wash. Certiorari denied.

No. 92–1585. BURCH *v.* TOWNSHIP OF CHATHAM, NEW JERSEY, ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–1588. COMMITTE *v.* UNIVERSITY OF VERMONT. C. A. 2d Cir. Certiorari denied.

No. 92–1592. IOWA COAL MINING CO., INC., ET AL. *v.* MONROE COUNTY BOARD OF SUPERVISORS ET AL. Sup. Ct. Iowa. Certiorari denied.

No. 92–1594. NEBRASKA *v.* CHILDS. Sup. Ct. Neb. Certiorari denied.

No. 92–1597. MEDRANO ET AL. *v.* CITY OF LOS ANGELES, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–1598. CURLEY *v.* CONSOLIDATED RAIL CORPORATION ET AL. Ct. App. N. Y. Certiorari denied.

No. 92–1599. BERNDT *v.* JACOBI. C. A. 7th Cir. Certiorari denied.

No. 92–1600. PARSONS CORP. ET AL. *v.* ALASKA DEPARTMENT OF REVENUE. Sup. Ct. Alaska. Certiorari denied.

No. 92–1601. LEBLANC *v.* RAYTHEON CO., INC. C. A. 1st Cir. Certiorari denied.

No. 92–1604. BERGER ET AL. *v.* CUYAHOGA COUNTY BAR ASSN. ET AL. C. A. 6th Cir. Certiorari denied.

No. 92–1605. WOOSLEY *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 92–1607. GENERAL MOTORS CORP. *v.* DRENNAN ET AL. C. A. 6th Cir. Certiorari denied.

No. 92–1608. BOWMAN ET AL. *v.* CITY OF FRANKLIN, WISCONSIN, ET AL. C. A. 7th Cir. Certiorari denied.